UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | 2:14-CR-00199-APG-PAL |
|---|---|
| Plaintiff, | **O R D E R** |
| vs. | |
| JOEANN TAVARES, | |
| Defendant. | |

Defendant, Joeann Tavares, having appeared in Court on July 11, 2014, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Defendant shall reside at and participate in the C.A.R.E. Program at the Las Vegas Residential Re-entry Center for a period of up to seven months as approved and directed by the probation officer.

Dated this 11th day of July, 2014.

ANDREW P. GORDON
UNITED STATES DISTRICT COURT JUDGE